# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2101
Lower Tribunal No. 2019-DR-004960

_____

VIOLENE AMISSANT,

Appellant,

v.

JOHN K. GENEUS,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Kraynick, Judge.

April, 16, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and BROWNLEE and GANNAM, JJ., concur.

Ronald W. Sikes, of Sikes Law Group, PLLC, Winter Garden, for Appellant.

David Lee Ham, Jr., of The Law Offices of David Lee Ham, Jr., P.A., Jacksonville, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED